GROVER RUSSOM v. STATE.
No. A-1387.   Opinion Filed September 14, 1912.
Appeal from Love County Court;
R. A. Keller, Judge.

Grover Russom was convicted of violating the prohibitory law, and appeals. Affirmed.

B. C. Logsdon, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM: The plaintiff in error, Grover Russom, was convicted in the county court of Love county on a charge of unlawfully

transporting intoxicating liquor from one place to another in this state, and on the 19th day of July, 1911, was sentenced to pay a fine of three hundred dollars and be confined in the county jail for a period of sixty days. Upon a careful examination of the record in this case no error appears sufficient to justify a reversal. The judgment of the trial court is therefore affirmed.